Roger J. Buffington (State Bar No. 191960)
Kaden J. Kennedy (State Bar No. 238699)
Buffington Law Firm, PC
8840 Warner Ave., Suite 300
Fountain Valley, CA 92708
714-842-6124 (phone)
714-842-6134 (facsimile)
notice@buffingtonlawfirm.com

JS-6

Attorneys for: Defendant Ketoro, Inc. d/b/a Oro Los Angeles

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DERRICK REAVES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KETORO, INC. D/B/A ORO LOS ANGELES, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | No. 8:19-cv-01421 DOC (ADSx)<br><br>**ORDER GRANTING DEFENDANT KETORO INC.'S MOTION TO DECERTIFY THE CLASS AND DISMISS THE CASE** [38]<br><br>Judge:      Hon. David O. Carter<br>Courtroom:  9D<br>Date:       October 19, 2020<br>Time:       8:30 a.m. |

---

**ORDER GRANTING MOTION TO DECERTIFY CLASS & DISMISS**
- 1 -

The Motion of Defendant Ketoro, Inc. ("Defendant" or "Ketoro") to decertify the classes in this case and then dismiss the case pursuant to the settlement reached herein between Plaintiff Derrick Reaves, an individual ("Plaintiff") and Defendant Ketoro (the "Motion") came on for hearing before the Hon. David O. Carter. On proof made to the satisfaction of the Court that the Motion ought to be granted, the Court rules as follow:

IT IS HEREBY ORDERED that:

1. The classes of plaintiffs previously certified herein pursuant to the Court's order dated July 17, 2020, are hereby decertified;

2. The Plaintiff's Complaint filed herein is hereby dismissed, in its entirety, with prejudice, pursuant to the terms of the settlement entered into between Defendant and Plaintiff, individually.   All hearings pending hearing dates are vacated and this case is closed.

DATED: October 23, 2020            By: *David O. Carter*
                                   Hon. David O. Carter
                                   United States District Court

---

**ORDER GRANTING MOTION TO DECERTIFY CLASS & DISMISS**
- 2 -
S:\Clients 2019\ORO-1-FED-2019\Motion to Dismiss & Decertify\PO Granting Motion to Decertify and Dismiss.docx